

*Home of the 1996 Olympic Village*

# Georgia Institute of Technology

## Application for Employment
(Please Print or Type)

### PERSONAL

Name **LEATHERWOOD, LURENE**
Last        First        Middle        Date **4/4/01**

Social Security # ▮▮▮▮▮        Are You a U.S. Citizen? ☒ Yes ☐ No        If no, Visa Type _____

Are you currently employed by Georgia Tech? ☐ Yes ☒ No        If yes: ☐ Regular   ☐ Temporary   ☐ Student

Are you a former employee of Georgia Tech? ☐ Yes ☒ No    If yes, when? _____    Reason for Leaving _____

Are you related to a current Georgia Tech employee? ☐ Yes ☒ No    If yes, name/relation? _____

### EDUCATION (Highest level attained)

| Level (H.S. College, etc.) | Name | City | State | Years Completed | Degree/ Major |
|---|---|---|---|---|---|
| College, Art Institute of Atlanta, | | Atlanta, | GA | 1977 | A.A. Degree |

Licenses/Certifications Held
(required by job for which you are applying):        Issued By        Expiration Date

**N/A**

### EMPLOYMENT

| | Employer | Supervisor | Phone No. | Salary Start/End | Reason for Leaving |
|---|---|---|---|---|---|
| Most Recent | GA State Univ. | Julia Hilliard, Ph.D | 404-651-0811 | 29,064-31,970 | Job elimination Redirection of funds |
| 2nd Most Recent | GA State Univ. | Karen Minyard, Ph.D. | 404-651-4499 | 29,064-29,064 | Better hours in Salary/a Biology |
| 3rd Most Recent | GA State Univ. | Mary Nell Stone | 404-651-2575 | 23,765-24,500 | 2 person office Job elimination |
| 4th Most Recent | Emory University | Connie Copeland | 404-727-6584 | -23,500 | Employment at GSU |

912-475-4477 (home)

Have you ever been convicted of a felony or are any felony charges now pending against you? ☐ Yes ☒ No If yes, please explain

I certify that the facts set forth in this application as well as those contained in my resume are true and complete to the best of my knowledge. I understand that any willful falsification or misrepresentation is sufficient reason for terminating any consideration of me for employment and for dismissal from employment. I understand that information concerning past employment, references and other facts is subject to verification and I authorize Georgia Tech to verify all statements made on my application for employment and resume.

Signature _Lurene Leatherwood_        Date **4/4/01**

Revised 03/18/98

PLF ____ DEFT ✓ EXH **2**
DEPO OF _____
DATE **3-10-06** ____ D.C.

DEFENDANT'S EXHIBIT **2**
Blumberg No. 5114